UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MOSES J. DURON,

    Plaintiff,

  v.

GEORGE BEATTY, et al.,

    Defendants.

Case No. 15-cv-03015-YGR (PR)

**ORDER GRANTING DEFENDANTS' REQUEST FOR A SECOND EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION**

Before the Court is Defendants' motion for a second extension of time to file a dispositive motion, in which they request to extend the deadline for one week—from May 8, 2018 to May 15, 2018. The Court has read and considered Defendants' motion and the accompanying declaration of counsel, and finds that good cause exists to grant the motion.

IT IS HEREBY ORDERED that Defendants' request for a second extension of time is GRANTED. Defendants' dispositive motion shall be filed no later than **May 15, 2018**. Plaintiff's opposition to the dispositive motion shall be filed with the Court and served on Defendants no later than **twenty-eight (28) days** after the date Defendants' motion is filed. Defendants shall file a reply brief no later than **fourteen (14) days** after the date Plaintiff's opposition is filed.

The Court notes that this is the second extension in this case. The granting of regular requests for extension should not be expected.

This Order terminates Docket No. 34.

IT IS SO ORDERED.

Dated: May 10, 2018

_____
YVONNE GONZALEZ ROGERS
United States District Judge