UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOSES J. DURON,<br>　　　　Plaintiff,<br>　v.<br>GEORGE BEATTY, et al.,<br>　　　　Defendants. | Case No. 15-cv-03015-YGR (PR)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

　　　Before the Court is Petitioner's request for a 90-day extension of time to file an opposition to Defendants' Motion for Summary Judgment. Dkt. 42. Plaintiff claims that he is "an incarcerated, *pro* se litigant with no formal training in the law," he has a demanding full time work assignment, and his law library access is limited. *Id.* The motion is GRANTED in part and DENIED in part, as explained below.

　　　Defendants' Motion for Summary Judgment was filed on May 15, 2018. Dkt. 37. Pursuant to the Court's most recent briefing schedule, Plaintiff was directed to file an opposition within 28 days, or up to and including June 26, 2018. *See* Dkt. 27 at 11.

　　　In light of Plaintiff's motion requesting a 90-day extension to file his opposition, the Court DENIES a 90-day extension as unwarranted, and instead GRANTS a 28-day extension of time for Plaintiff to file his opposition, up to and including **July 24, 2018**. Defendants shall file their reply to the opposition no later than **fourteen (14) days** after the date Plaintiff's opposition is filed.

　　　**No further extension will be granted absent extraordinary circumstances.**

　　　This Order terminates Docket No. 42.

　　　IT IS SO ORDERED.

Dated: June 29, 2018

_____
YVONNE GONZALEZ ROGERS
United States District Judge