UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOSES J. DURON, <br>     Plaintiff, <br>   v. <br> DR. GEORGE BEATTY, et al., <br>     Defendants. | Case No. 15-cv-03015-YGR (PR) <br><br> **JUDGMENT** |

For the reasons set forth in this Court's Order Granting Defendants' Motion for Summary Judgment,

IT IS ORDERED AND ADJUDGED

That Plaintiff take nothing, that the action be dismissed in accordance with the Court's Order, and that each party bear its own costs of action.

Dated: August 31, 2018

_____
YVONNE GONZALEZ ROGERS
United States District Judge